1022 

[No. 22877-1-III. Division Three. March 8, 2005.]

MARK DAVIS ET AL., *Appellants*, v. THE CITY OF PROSSER
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton
County, No. 03-2-00898-0, Craig J. Matheson, J., entered
March 18, 2004. *Affirmed* by unpublished opinion per Kato,
C.J., concurred in by Sweeney and Brown, JJ.

[No. 54532-9-I. Division One. March 14, 2005.]

SANDRA RASMUSSEN, *Appellant*, v. SAFECO INSURANCE COMPANY
OF AMERICA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 02-2-28177-0, Linda Lau, J., entered June 24,
2003. *Affirmed in part* and *reversed in part* by unpublished
per curiam opinion.

[No. 50663-3-I. Division One. March 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH CHARLES
JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 01-1-01730-1, George N. Bowden, J.,
entered May 20, 2002. *Reversed* by unpublished per curiam
opinion.

[Nos. 52439-9-I; 53977-9-I. Division One. March 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE DONALD
GILBERT, *Appellant*.

*In the Matter of the Personal Restraint of* WAYNE DONALD
GILBERT, *Petitioner.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 02-1-01630-2, Larry E. McKeeman, J.,
entered May 22, 2003, together with a petition for relief
from personal restraint. Judgment *affirmed* and petition
*denied* by unpublished per curiam opinion.